UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
NOV 23 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Johnathan Timothy Pinney

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

10 C 7536
Judge Matthew F. Kennelly
Magistrate Judge Jeffrey T. Gilbert

vs.     Case No: _____
(To be supplied by the Clerk of this Court)

The State of ILLINOIS;
Thirteenth Circuit Court;
LaSalle County Municipality;
Prisoner Review Board; Department of Human Services;
LAsalle County POLICE; Dixon Records Staff
ILLINOIS Department of Corrections; APPELLATE Defenders Office;
Ottawa Police; Public Defenders office;
La Salle Police; State Prosecutors office;
Community Hospital of ottawa Staff

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

_____ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)  14TH AMMENDMENT

_____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: Johnathan Timothy Pinney

B. List all aliases: _____

C. Prisoner identification number: M15216

D. Place of present confinement: Dixon Correctional Center 2600 N. Brinton Ave. Dixon, IL. 61021

E. Address: 3507 E. 27th Rd, Marseilles, IL 61341

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: 13th Circuit Court's Cynthia Raccuglia

Title: Judicial Official (Justice/Judge)

Place of Employment: 13th Circuit Court, Ottawa, IL.

B. Defendant: States Attorney(s) Jeremiah Adams & Brian Town

Title: Illinois State Prosecutors

Place of Employment: 13th Circuit Court

C. Defendant: Deputy(s) Stevan Eller, Adam Diss, Martin (Jason?)

Title: La Salle County Police Officers

Place of Employment: La Salle County Police Department

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

\* Due to lack of Information Additional Names will need to be added at a later time (i.e. officer and staff Names)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: People V. Johnathan T. Pinney 13th District court of Illinois (ottawa) case # 2006-CF-39

B. Approximate date of filing lawsuit: Counter claimed (omitted) to Jan 11 2006 charge

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

D. List all defendants: Hospital staff of Community hospital of ottawa, La Salle county officials in Police, Public defender, Prosecutor, Judicial offices, ottawa Police Department, La Salle Police Department

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): 13th Circuit Court of ottawa, IL, La Salle County

F. Name of judge to whom case was assigned: Cynthia Raccuglia

G. Basic claim made: Counter claim for Rights infringement in relation to criminal charge of Aggravated battery wherein I lit the arm of an officer Ronding my face to Affect such (Entrapment) while engaging in Conspiracy against Right of Religion and Refusal of Medication

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Counter claim was ignored/denied, Charge against myself was attempted to be appealed but full review was denied by appellate court And thus Appeal breif was not filed re-confinement ordered, Appeal Pending

I. Approximate date of disposition: Pending

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

July 2005 Police entered my residence without warrant on two occasions the same night, the second time charging myself with possession of Marijuana and Drug paraphinellia, which was tested with negative results, and forced my admission to a local hospital (after having recieved a face full of Mace) where I was forced a urine test (which also tested clean of all substances) as well as controlled substances and Involuntary Admission to a Psyche ward. Court was continued in this matter through Jan 11, 2006 wherein (having been evicted from my residence based on alleged lease violation for Illegal possession, as well as arbitration ruled in my absence due to clerk's confusion of dates) I had missed the court date being stranded in Joliet (where I had sought shelter as I was homeless) which I was informed a warrant would be issued for my arrest (though this was days before the court date when I'd called in relation to this inability to appear. Having checked myself into the hospital in Ottawa that night (the soonest I could get there) under a false claim of suicidal tendency (to ensure admission), I had attempted various calls to remedy the issue without my arrest. After a couple such days, Jan. 13th 2006 I had recieved the majority

Revised 9/2007

of my property returned by medical staff (24 hr. deprivation protocol for "suicide watch" proceedure mandating all property removed). I had attempted an Improvised Altar (drawn instead of using Actual Impliments) And had dawned my ritual cloak with the intent to engage in meditation. Recalling Meditation CD's in a basket for "communal" use I left my room in pursuit of these (I later discovered my cd player's batteries dead). Staff expressed opposition to my religious practice and summoned police to remove my religious cloak from my body (which such denied under oath). After such officer removed the cloak demands for Identification were made for future prosecution which apperently inspired a conspiracy to force dragging as some form of cover up or something. Drugs were illegaly forced after a physical raid on myself into my hospital bedroom and reading of my face by officer Mclaughlin to cause myself to bite his forearm for evidence of violence (being 2006-CF-39 Aggravated battery charge). Court process was then taken to deprive myself effective trial under simulated fitness proceedings for apx 2 1/2 years, which resulted in my conviction As numerous legal instructions were denied as well as other matters. Released on Probation (conditional discharge) to homelessness 2 years later, tired of being chased around I was arrested for "Tresspassing on public property" for camping under a bridge; re-sentenced to litteraly time served; I.D.O.C. extended 2 years "MSR" beyond mitimus authorization.

Full inclusion will indicate:
Dragging by varrious medical staff at varrious locations (Peru hospital, Ottawa hospital, and Elgin - Department Human Services), Illegal acts by police and Judiciary personell, Illegal acts by Stateville agents extending 2 years M.S.R. beyond court ordered incarceration period, followed by "violation of parole" proceedings extending actual physical confinement, as well as potential unethical practices for public defender agents official transition from public defender's office to States attorneys office. The extension of "official misconduct" applying to all the above, and the facts such as I had called police in relation to attacks on my dwelling only to be arrested for being homeless and living under a public bridge deemed arbitrarily (and contradictory to case law) to be tresspassing on State supported property and real property simutanlously, while effectively depriving me equal protection of law as my property was permanently deprived and not protected as duty calls for (as I had called for), the theft being the alleged complaintent/witness Jones in States information (As foot prints had matched shoes seen on such the date of complaint). Also P.R.B. has ordered continuances twice for the same purpose which Dixon

Records department has refused compliance with the order authorizing my confinement. My primary assertation being that MSR was illegaly issued beyond court's sentence caused the P.R.B. to delay proceedings "to re-evaluate ... incarceration history Re/ sentence expiration date" or more clearly "a new sentence calculation is in order" the duplicity of continuance exposes the neglect of Records to provide this standard document (other documents prove other agencys failure to handle the issue aswell) which was the basis of such continuances, and the sole purpose identified for my authorisation for continued confinement. The secondary issue (that I had infact called the 800 number indicated to find that my information had not been entered into that system — which can be traced as I'd called from a payphone in the Joliet public library the day I was released thus phone records will indicate the excessive fees from such at apx 7:45pm); and third issue (that my case was infact still pending appeal in lue of appearance on a mandated motion for reconsideration which I'd actualy relieved a writ here in Dixon to so address such motion); as well as contention of my right to liberty (freedom) and locomotion

being such as it is justify any such claims in other ways; these issues have not been addressed by such Prisoner Review Board agents (atleast not to my knowledge of events, and documention). The homeless legislation element of my conviction by C. Raoccaglia of the 13 circuit verry likely constitutes terrorisim by state statute (aswell as all reported official threats for like confinement by varrious police). These matters are more thouroughly addressed in documents filed in my case (2006-CF-39) from the 13th circuit court.

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Removal of all contributing agents from their Employment; Confinement of those Agents for their corruption; Restitution for the Hardship(s) suffered due to their illegal actions. Clensing of my record.

VI.  The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __1__ day of __11 (Nov)__, 20 __10__

(Signature of plaintiff or plaintiffs)

__Johnathan Timothy Pinney__
(Print name)

__M15216__      State Drivers (IL.) Liscence
(I.D. Number)    __P500-4388-5055__

__3507 E. 27th Rd.__
__MARSEILLES, IL. 61341__
(Address)

6                                            Revised 9/2007